IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| PLAINTIFF, | § § | |
| vs. | § § | CA No. 3:18-CV-2125-L |
| ALDEN SHORT, INC., AND HINSON JENNINGS, LLC, | § § § | |
| DEFENDANTS. | § | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to *Fed. R. Civ. P.* 56 and *N.D. Local Rule* 56.3, Defendants move for summary judgment regarding all of Plaintiff's claims[1] The motion is based on the following grounds.

**A. PLAINTIFF'S CLAIMS ON BEHALF OF CLAUDIA GUARDIOLA:**

Adequate time for discovery has passed and the EEOC has failed to produce evidence sufficient to raise a genuine issue of material fact regarding the third or fourth elements of a *prima facie* case of unlawful, hostile environment harassment on the basis of national origin.

**B. PLAINTIFF'S CLAIMS ON BEHALF OF LETICIA STEWART:**

Adequate time for discovery has passed and the EEOC has failed to produce evidence sufficient to raise a genuine issue of material fact regarding the third

---

[1] Pursuant to *N.D. Local Rule* 56.3(b), the elements of the claims regarding which Defendant seeks summary judgment are set forth in Defendant's brief in support of the motion.

1

or fourth elements of a *prima facie* case of unlawful, hostile environment harassment on the basis of national origin.

### C. PLAINTIFF'S CLAIMS ON BEHALF OF LINDA SPEARS:

Adequate time for discovery has passed and the EEOC has failed to produce evidence sufficient to raise a genuine issue of material fact regarding the third or fourth elements of a *prima facie* case of unlawful, hostile environment harassment on the basis of national origin.

### D. PLAINTIFF'S CLAIMS AGAINST ALDEN SHORT:

Adequate time for discovery has passed and the Commission has failed to produce sufficient evidence to create a genuine issue of material fact either that (1) Alden Short is an "employer" within the meaning of TITLE VII; or (2) to overcome the presumption of limited liability and establish that an employer-employee relationship existed between Alden Short and any of the three Claimants.

## CONCLUSIONS AND REQUESTED RELIEF

For all of the foregoing reasons, Defendants respectfully request that the motion be, in all things granted.

Respectfully Submitted,

*/s/ John L. Ross*
**JOHN L. ROSS**[2]
Texas State Bar No. 17303020

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 North Pearl Street, Suite 2500
Dallas, Texas 75201
Telephone: (214) 871-8206
Facsimile: (214) 871-8209
Email: jross@thompsoncoe.com

---

[2] Board Certified in Labor & Employment Law and Civil Trial Law by the Texas Board of Legal Specialization.

2

**RICHARD B. SCHIRO**
Texas Bar No. 17750600
**GREG E. BUTTS**
Texas Bar No. 00790409

**LAW OFFICES OF RICHARD B. SCHIRO**
2706 Fairmount Street
Dallas, Texas 75201
Telephone:   (214) 521-4994
Facsimile:   (214) 521-3838
Email:       rbschiro@schirolaw.com
Email:       gebutts@schirolaw.com

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

Pursuant to *Fed. R. Civ. P.* 5(b)(2)(E) and 5(b)(3), I hereby certify a true and correct copy of the foregoing document was filed electronically and notice of the filing was thereby given to Plaintiff's counsel on the date file-stamped by the Clerk. Parties may access this filing through the court's electronic filing system.

*/s/ John L. Ross*
**JOHN L. ROSS**