**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:18-CV-2125-L** |
| **ALDEN SHORT, INC. and HINSON JENNINGS, LLC,** | § § § | |
| Defendants. | § § § | |

**ORDER**

Before the court is the parties' Joint Motion to Enter Consent Decree ("Motion") (Doc. 57), filed March 30, 2023. By an earlier order of the court (Doc. 40), this case was administratively closed pending trial. Accordingly, the court **directs** the clerk of court to **reopen the case.**

The Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") initiated this action under Title VII of the Civil Rights Act of 1964 to address alleged unlawful employment practices on the basis of national origin and to provide appropriate relief to Charging Parties Claudia Guardiola, Leticia Stewart, and Linda Spears (collectively, "Charging Parties"), who alleged that they were adversely affected by such practices. More specifically, Plaintiff EEOC filed this lawsuit alleging that Defendant Alden Short, Inc., and Hinson Jennings, LLC ("Defendants") discriminated against the Charging Parties by subjecting them to a hostile work environment on the basis of their Hispanic national origin.

After considering the parties' Motion, the court determines that the Motion should be, and is hereby, **granted**. Accordingly, the court will enter the Consent Decree as agreed to by the parties

**Order – Page 1**

as a judgment pursuant to Federal Rule of Civil Procedure 58 that resolves Plaintiff's claims in this action.

      **It is so ordered** this 5th day of April, 2023.

Sam A. Lindsay
United States District Judge